UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CARL MCLEISH,
(A# 39 750 197),

                        Plaintiff,

    -against-

MARY ANN GANTNER, New York District Director
of the United States Citizenship and Immigration Service,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-05

05 Civ. 2780 (CBM)

**ORDER**

      The above-captioned matter has been recently assigned to this court. The parties are hereby **ORDERED TO APPEAR** for an initial pretrial conference on April 26, 2005 at 11:00 AM in Judge Motley's Chambers, Room 2540 of the United States Courthouse at 500 Pearl Street, New York, NY. The purpose of this conference is to discuss the status of the case and to set a schedule for discovery and trial.

      **All parties are required to thoroughly familiarize themselves and comply with this court's individual practices. Copies are available in chambers or on the court's website, http://www.nysd.uscourts.gov/judges/USDJ/motley.htm.**

      **PLAINTIFF SHALL EFFECT PROMPT SERVICE OF THIS ORDER UPON DEFENDANT.**

                                    **SO ORDERED.**

Dated: April 5, 2005
       New York, New York

                                        CONSTANCE BAKER MOTLEY
                                        United States District Judge