UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CARL MCLEISH,
(A# 39 750 197),

                Plaintiff,

-against-

MARY ANN GANTNER, New York District Director
of the United States Citizenship and Immigration Service,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-05

05 Civ. 2780 (CBM)

**ORDER**

    The court is in receipt of communication from counsel regarding a proposed Stipulation and Order to settle the above-captioned matter resulting from the United States Citizenship and Immigration Services' recent action in vacating its decision denying Plaintiff's naturalization application and reopening of the matter for further consideration. Counsel for plaintiff requests an adjournment of the May 10, 2005 pretrial conference in order to contact plaintiff and discuss the resolution of the matter. The request is **GRANTED.** The pretrial conference formerly scheduled for May 10, 2005 at 11:00 AM is hereby rescheduled to June 1, 2005 at 11:00 AM in Judge Motley's Chambers, Room 2540 of the United States Courthouse at 500 Pearl Street, New York, NY.

    **All parties are required to thoroughly familiarize themselves and comply with this court's individual practices. Copies are available in chambers or on the court's website, http://www.nysd.uscourts.gov/judges/USDJ/motley.htm.**

                                              **SO ORDERED.**

Dated: May 9, 2005
          New York, New York

                                              _____
                                              CONSTANCE BAKER MOTLEY
                                              United States District Judge