UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD CARL MCLEISH,
(A# 39 750 197),

                        Plaintiff,

-against-

MARY ANN GANTNER, New York District Director
of the United States Citizenship and Immigration Service,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-05

05 Civ. 2780 (CBM)

**ORDER**

The Court is in receipt of plaintiff's counsel's request for an adjournment in the above-captioned matter due to plaintiff's non-cooperation. The request is **GRANTED**. The pretrial conference formerly scheduled for June 1, 2005 at 11:00 AM is hereby rescheduled to July 6, 2005 at 11:00 AM in Judge Motley's Chambers, Room 2540 of the United States Courthouse at 500 Pearl Street, New York, NY.

Plaintiffs' counsel is directed to so notify all attorneys in this action by serving upon each of them a copy of this notice. If plaintiffs' counsel is unaware of the identity of counsel for any of the parties, counsel must forthwith send a copy of the notice to any such party personally.

ALL PARTIES ARE REQUIRED TO THOROUGHLY FAMILIARIZE THEMSELVES AND COMPLY WITH THIS COURT'S INDIVIDUAL PRACTICES. Copies are available in Chambers or on the court's website, http://www.nysd.uscourts.gov.

                                  **SO ORDERED.**

Dated: May 31, 2005
       New York, New York

                                  _____
                                  CONSTANCE BAKER MOTLEY
                                  United States District Judge