UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
HOWARD CARL MCLEISH,

                    Plaintiff,

          -against-                         05 Civ. 2780 (JES)

MARY ANN GANTNER, District Director         **ORDER**
USCIC, New York, New York,

                    Defendant.
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/05

          Counsel to all parties in the above-captioned action having
appeared before the Court for a Pre-Motion Conference on September
28, 2005, and counsel to plaintiff having filed a Motion to
Withdraw from representation of plaintiff, and having informed the
Court that he has been unable to locate, and to communicate with,
his client Howard Carl McLeish, and the Court having considered all
matters raised, it is

          **ORDERED** that said Motion to Withdraw shall be and hereby is
granted; and it is further

          **ORDERED** that the above-captioned action fits within Rule 20 of
the Southern District of New York Rules for the Division of
Business Among District Judges, to wit:  "for reasons beyond the
control of the court [this civil case] can neither be tried nor
otherwise terminated. . ."; and it is further

          **ORDERED** that this action be transferred to the Suspense Docket
of this Court until April 3, 2006, with leave to any party to apply
on five (5) days' notice for its restoration to the trial calendar
of this Court; and it is further

          **ORDERED** that a Pre-Trial Conference shall occur on April 3,
2006 at 3:00 p.m. in Courtroom 705, 40 Centre Street.

Dated:    New York, New York
          September 2?, 2005

                                        _____
                                             John E. Sprizzo
                                        United States District Judge