USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
HOWARD CARL MCLEISH,

              Plaintiff,

   -against-                       05 Civ. 2780 (JES)

MARY ANN GANTNER, District Director    **ORDER**
USCIC, New York, New York,

              Defendant.
-----------------------------------X

    Counsel to defendant in the above-captioned action having appeared before the Court for a Pre-Motion Conference on April 3, 2006, and counsel to plaintiff having failed to appear, and defendant having sought leave of the Court to submit a Motion to Dismiss, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, defendant shall be and hereby is granted leave to submit its Motion to Dismiss, not to exceed twenty-five (25) pages, on or before May 3, 2006; and it is further

    **ORDERED** that plaintiff shall submit its Response to defendant's Motion, not to exceed twenty-five (25) pages, on or before June 5, 2006; and it is further

    **ORDERED** that a Oral Argument shall occur on July 11, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.

Dated:    New York, New York
          April 4, 2006

                                           John E. Sprizzo
                                         United States District Judge