UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HOWARD CARL MCLEISH,

            Plaintiff,

   -against-                           05 Civ. 2780 (JES)

MARY ANN GANTNER, District Director     **ORDER**
USCIC, New York, New York,

            Defendant.
---------------------------------------X

    Counsel to defendant in the above-captioned action having appeared before the Court for a Pre-Motion Conference on April 3, 2006, and counsel to plaintiff having failed to appear, and defendant having sought leave of the Court to submit a Motion to Dismiss, and the Court having considered all matters raised, it is

    **ORDERED** that defendant's time to submit its Motion to Dismiss shall be and hereby is extended to June 2, 2006; and it is further

    **ORDERED** that plaintiff's time to submit its Response to defendant's Motion shall be and hereby is extended to July 5, 2006; and it is further

    **ORDERED** that the Oral Argument previously scheduled for July 11, 2006 shall be and hereby is adjourned to July 25, 2006 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street.


Dated:    New York, New York
           May      , 2006

                                            John E. Sprizzo
                                          United States District Judge