

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

June 1, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/06

BY HAND

Honorable John E. Sprizzo
United States District Judge
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2201
New York, New York 10007-1581

                Re:    McLeish v. Gantner
                        05 Civ. 2780 (JES)

Dear Judge Sprizzo:

    I am writing respectfully to request a one-week extension of the Government's time to submit its motion to dismiss the complaint in the above-referenced matter for lack of prosecution, from June 2, 2006 to June 9, 2006. The requested extension is necessary because this matter was only recently reassigned to me from another Assistant United States Attorney in this Office.

    I have not sought plaintiff's consent to this request, nor am I able to send plaintiff a copy of this letter. The Court has granted his counsel's request to withdraw from this matter, and no new counsel has appeared on plaintiff's behalf. Furthermore, plaintiff has not provided this Office (nor, according to the Court's docket sheet, the Court) with any address or telephone number at which he can be reached.

    I thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    Michael J. Garcia
                                    United States Attorney

             By:    *Natalia Ferrari*
                       NATALIA R. FERRARI
                       Special Assistant United States Attorney
                       Tel. No.: (212) 637-2740

APPLICATION GRANTED 6/05/06
*[signature]*
U.S.D.J. *for Judge Sprizzo*