# WILENS & BAKER P.C.

ATTORNEYS AND COUNSELORS AT LAW

450 SEVENTH AVENUE, 12TH FLOOR
NEW YORK, N.Y. 10123-1209

TELEPHONE
(212) 695-0060

TELECOPIER
(212) 643-0237

June 24, 2008

Hon. John E. Sprizzo, USDJ
500 Pearl Street
New York, NY 10007

    Re: 05 Civ 02780; McLeash v. Gantner

Your Honor:

    I am the attorney for the plaintiff in the above-referenced matter. This action was initiated in the form of a Mandamus in order to compel Citizenship and Immigration Services to adjudicate his application.

    Unfortunately for me, I have lost all contact with my client. He as not contacted my office, has not responded to my letters and his telephone number is no longer in service.

    Pursuant to my last conference with this Court, it is respectfully requested that this matter be placed in the Court's Suspended Calendar.

    Thank you for your understanding and I apologize for not providing this notification in a more timely manner.

Very truly yours,

WILENS & BAKER, P.C.

By
Spiro Serras, Esq.

**SO ORDERED:**

U.S.D.J.
7-1-08

JUDGE SPRIZZO

cc: F. James Loprest
    86 Chambers Street
    New York, NY 10007

COPY RECEIVED
JUN 25 2008
U.S. ATTORNEY'S SDNY

Document1